Adam W. Watters, Esq.
*WATTERS & WATTERS, P.L.L.C.*
5115 N. Oracle Road
Tucson, Arizona  85704
Telephone:  (520) 323-5910 ext. 2
Facsimile:  (520) 323-5910
State Bar No.: 018184
P.C.C. No.:65181

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JODI SCOTT, a married woman, | Case No.: CV-14-02020-TUC-JGZ (BPV) |
| Plaintiff, | |
| vs. | **MOTION TO AMEND THE COMPLAINT** |
| LEIDOS INC., a foreign corporation licensed to conduct business in the State of Arizona; LEIDOS HOLDINGS, INC., a foreign corporation; JOHN DOES I-V and JANE DOES I-V, individually and as husbands and wives; DOE CORPORATIONS I-V; DOE PARTNERSHIPS I-V; DOE LEGAL ENTITIES I-V; and DOE ORGANIZATIONS I-V, | |
| Defendants. | |

COMES NOW, the Plaintiff,  JODI SCOTT, by and through counsel undersigned, and requests permission to amend the Complaint in this matter.  The motion is supported by the following memorandum.

Plaintiff Scott requests that she be permitted to amend to add a party in this matter.  Specifically, she will add Mr. Ken Knas in both his individual and marital

capacity.  Plaintiff believes that Mr. Knas engaged in a personal vendetta against her, and she has secured at least one witness that Mr. Knas referred to Plaintiff as an embezzler.  This statement was made before employees of Leidos.  Mr. Knas may or may not have been acting for the benefit of the his employer, but it is believed that Leidos will argue that in calling Ms. Scott an embezzler he exceeded his authority.  Mr. Knas was mentioned in the original complaint, filed in Arizona Superior Court, so it is not a surprise that he would be listed as an individual defendant now.  The proposed First Amended Complaint is also being filed simultaneously with this motion.

DATED July 14, 2014.

*WATTERS & WATTERS, P.L.L.C.*

//sAdam Watters
Adam W. Watters
Attorney for Plaintiff