Tibor Nagy, Jr., SBN 007465
Christopher M. Pastore, SBN 026340
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C., SBN 00504800
3430 E. Sunrise Drive, Suite 220
Tucson, AZ 85718
Telephone: 520.544.0300
Fax: 520.544.9675
tibor.nagy@ogletreedeakins.com
christopher.pastore@ogletreedeakins.com

Attorneys for Defendant Leidos, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JODI SCOTT,<br><br>        Plaintiff,<br><br>v.<br><br>LEIDOS, INC., a foreign corporation licensed to conduct business in the State of Arizona; LEIDOS HOLDINGS, INC., a foreign corporation; JOHN DOES I-V and JANE DOES I-V, individually and as husbands and wives; DOE CORPORATIONS I-V; DOE PARTNERSHIPS I-V; DOE LEGAL ENTITITIES I-V; and DOE ORGANIZATIONS I-V,<br><br>        Defendant. | No. 4:14-cv-02020-BPV<br><br>**LEIDOS, INC. NON-OPPOSITION TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT** |

Defendant Leidos, Inc. ("Leidos")[1] (hereinafter referred to as "Leidos" or "Defendant"), by and through their attorneys, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby responds to Plaintiff's Motion to Amend the Complaint ("Motion").

---

[1] Defendant Leidos Holdings, Inc., which is Leidos' parent corporation, was not served with the summons or complaint.

Defendant does not oppose the Motion.

RESPECTFULLY SUBMITTED this 15th day of August, 2014.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: s/ Tibor Nagy, Jr.
Tibor Nagy, Jr.
Christopher M. Pastore
3430 E. Sunrise Drive, Suite 220
Tucson, AZ 85718
Attorneys for Defendant Leidos, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

Adam W. Watters
WATTERS & WATTERS, P.L.L.C.
5115 N. Oracle Road
Tucson, AZ 85704
Attorney for Plaintiffs

s/ Carol Essig

2